RECEIVED
APR 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL WAGNER | : | DOCKET NO. 17-cv-1491<br>SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| GEO GROUP, INC.; ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand [doc. 6] be **GRANTED**, that the Motion for Attorney's Fees [doc. 6] be **DENIED**, and that this case be remanded to the 33rd Judicial District Court, Allen Parish, Louisiana.

**THUS DONE** in Chambers in Alexandria, Louisiana, this 24th day of April, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE